IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:
   JAMES RANDALL MCCLAIN
   OHIO ATTY. REG. NO. 0039213
   RESPONDENT

CASE NO.: 2:16-MC-012
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

On December 10, 2015, the Supreme Court of Ohio entered an order suspending respondent from the practice of law in Ohio pursuant to the Supreme Court Rules for the Government of the Bar of Ohio.

**NOW, THEREFORE,** in accordance with Rule II of the Model Federal Rules of Disciplinary Enforcement, adopted by this Court on February 1, 1979,

**IT IS ORDERED** that respondent shall show cause, if any, within thirty (30) days after service of this order, of any claim under the grounds set forth in Section (D) of said Rule II, why this Court should not impose the identical discipline heretofore imposed by the Supreme Court of Ohio. Said respondent is admonished that his failure to show cause within 30 days by a pleading filed with the Clerk of this Court shall be deemed a waiver of said respondent's rights in the premises and constitute grounds for this Court to enter the order prescribed herein.

**IT FURTHER APPEARING** to the Court that respondent has been forbidden by the Supreme Court of Ohio to appear on behalf of another before any court, judge, commission, board, administrative agency, or other public authority, the said respondent, until final resolution of the matter in this Court, shall not represent or continue to represent any person in this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall cause a copy of this order to be served on said respondent, by certified mail, return receipt requested, at the last known address of respondent, and to be published to this Court's official website.

**IT IS SO ORDERED.**

1-29-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO