IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

JAMES RANDALL MCCLAIN     CASE NO.: 2:16-MC-012
OHIO ATTY. REG. NO. 0039213     CHIEF JUDGE EDMUND A. SARGUS, JR.
RESPONDENT

## ORDER

**IT IS ORDERED** by the court, *sua sponte*, that respondent show cause on or before 20 days from the date of this order, why respondent should not be found in contempt for failure to fully comply with this court's *Order of Suspension* (ECF No. 3) to wit: failure to file an affidavit of compliance on or before April 27, 2016.

**IT IS FURTHER ORDERED** that the Clerk of this court shall cause a copy of this order to be served on respondent by certified mail, return receipt requested, at the last known address of respondent, and to be published to the courts official website.

IT IS SO ORDERED.

_5-4-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO