IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

JAMES RANDALL MCCLAIN
OHIO ATTY. REG. NO. 0039213
RESPONDENT

CASE NO.: 2:16-MC-012
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

**IT IS ORDERED** by this court sua sponte, that respondent is found in contempt for failure to file an affidavit showing compliance with the Court's *Order of Suspension,* (ECF No. 3).

**IT IS FURTHER ORDERED** that the Clerk shall cause a copy of this order to be published to this court's official website.

IT IS SO ORDERED.

6-14-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF OHIO